IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01861-BNB

DAVID P. BITTNER,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 13 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, David P. Bittner, is a prisoner in the custody of the Jefferson County Sheriff and is currently incarcerated at the Jefferson County Detention Facility in Golden, Colorado. He initiated this action by submitting a letter to the Court on July 29, 2010.

In an order filed on August 5, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Bittner to cure certain enumerated deficiencies in this case within thirty days. Specifically, Mr. Bittner was directed to submit a Prisoner Complaint on the Court-approved form. Mr. Bittner was also directed to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the Court-approved form and a certified copy of his prisoner's trust fund statement for the 6-month period immediately preceding the filing. He was informed that the § 1915 motion and affidavit was only necessary if the $350.00 filing fee was not paid in advance. The August 5 order warned Mr. Bittner that if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice.

Mr. Bittner has not communicated with the Court since July 29, 2010. Therefore, Mr. Bittner has failed to file a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 as directed by the August 5 Order, and the action will be dismissed for failure to cure the designated deficiencies within the time allowed. Accordingly, it is

ORDERED that the action dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, David P. Bittner, to comply with the order to cure dated August 5, 2010.

DATED at Denver, Colorado, this   10th   day of   September  , 2010.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01861-BNB

David P. Bittner
Jefferson County Det. Facility
P.O. Box 16700
Golden, CO 80402

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/13/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk